UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404

ATTORNEYS OF RECORD:
    PAUL J. SIEGEL, ESQ.
    ADAM G. GUTTELL, ESQ.

------------------------------------------------------------X

LISA FISHER,

                Plaintiff,

     -against-                                 Case No.: CV-14-3461
                                                    Kuntz, J.
MERMAID MANOR HOME FOR           Orenstein, M.J.
ADULTS, LLC,

                Defendant.

------------------------------------------------------------X

**CERTIFICATE PURSUANT TO RULE 7.1 OF THE
FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, "MERMAID MANOR HOME FOR ADULTS, LLC", certifies that Defendant, MERMAID MANOR HOME FOR ADULTS, LLC is a private corporation that is not publicly held and is not part of a publicly traded entity.

Dated: Melville, New York
       August 27, 2014

                                     Respectfully submitted,

                                     JACKSON LEWIS P.C.
                                     *ATTORNEYS FOR DEFENDANT*
                                     58 South Service Road, Suite 250
                                     Melville, New York  11747
                                     (631) 247-0404

                        By:         *[signature]*
                                     PAUL J. SIEGEL, ESQ.
                                     ADAM G. GUTTELL, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2014, a **CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules and the Eastern District's Rules on Electronic Service upon the following parties and participants:

Casey Wolnowski, Esq.
PHILLIPS & ASSOCIATES
ATTORNEYS AT LAW, PLLC
*Attorneys for Plaintiff*
45 Broadway, Suite 620
New York, New York  10006

_____
ADAM G. GUTTELL, ESQ.

4841-2361-1933, v. 1