# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 410
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

MY DIRECT DIAL IS: (631) 247-4647
MY EMAIL ADDRESS IS: ADAM.GUTTELL@JACKSONLEWIS.COM

October 14, 2014

**VIA ECF**

Magistrate Judge James Orenstein
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: Lisa Fisher v. Mermaid Manor Home for Adults
          Case No. 14-cv-3461 (WFK)(JO)

Dear Magistrate Judge Orenstein:

    We represent Defendant Mermaid Manor Home for Adults in the above-referenced matter; and, on behalf of both parties, we submit the attached proposed Joint Discovery Plan pursuant to Part II(C) of the Case Management and Scheduling Order.

          Very truly yours,
          JACKSON LEWIS P.C.

          Adam G. Guttell

AGG/laf
Attachment

cc: Casey J. Wolnowski, Esq. (*via ECF*)

4851-8744-3743, v. 1

INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page): October 16, 2014

2. Deadline for first request for production of documents and first request for interrogatories: November 17, 2014

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for: plaintiff(s) N/A ; defendant(s) N/A

3. Date for completion of any joinder of additional parties and amendment of the pleadings: January 13, 2015

3(a). Number of proposed additional parties to be joined, if any, by: plaintiff(s) TBD ; defendant(s) TBD

4. Number of depositions by plaintiff(s) of: parties 1 ; non-parties TBD

5. Number of depositions by defendant(s) of: parties 1 ; non-parties 2

6. Date of status conference (joint status report due two business days in advance): July 14, 2015

7. Date for completion of factual discovery: July 14, 2015

8. Are expert witnesses needed? Yes ___ No X*

8(a). Number of expert witnesses, if any, of plaintiff(s): medical N/A ; non-medical N/A

8(b). Date for completion of those expert reports: N/A

8(c). Number of expert witnesses, if any, of defendant(s): medical N/A ; non-medical N/A

8(d). Date for completion of those expert reports: N/A

9. Date for completion of expert discovery: N/A

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance): August 14, 2015

11. Types of contemplated dispositive motions by plaintiff(s) and dates for filing of those motions: None

3

* Defendant reserves the right to expert discovery and designation of expert rebuttal witnesses if Plaintiff amends and identifies expert witnesses.

12. Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions:

    <u>Summary Judgment</u>
    <u>October 16, 2015</u>

13. Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)

    Yes <u>X</u>  No ___

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.)

    Yes ___  No <u>N/A</u>

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.)

    Yes ___  No <u>X</u>

4